Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Carlton W Shumate,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case Number: 23-cv-1241 |
| | ) |
| **The People of the State of Illinois,** | ) |
| | ) |
| Respondent. | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Carlton W Shumate's Petition for Writ of Habeas Corpus is dismissed for failure to prosecute.

**Dated: 8/7/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court